UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LIZA ACQUAH, GUARDIAN AD LITEM
FOR J. B., A MINOR

                      Plaintiff,

vs.

CITY OF SYRACUSE; SYRACUSE POLICE
DEPARTMENT, POLICE OFFICER VALLON SMITH,
POLICE OFFICER SHELDON LLOYD, CHIEF OF
POLICE FRANK FOWLER, and Does 1-100,

                      Defendants.

Civil Action No.:
5:18-CV-1378 (LEK/DEP)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the law firm of Hancock Estabrook LLP, by and through the undersigned counsel, John G. Powers, hereby appears in the above-entitled action as co-counsel for Defendants City of Syracuse; Syracuse Police Department, Police Officer Vallon Smith, Police Officer Sheldon Lloyd, Chief of Police Frank Fowler and Unidentified Syracuse Police Officers.

        John G. Powers, Esq.
        (Bar Roll No. 508934)
        HANCOCK ESTABROOK LLP

Dated:  April 17, 2019

        Respectfully submitted,

        HANCOCK ESTABROOK LLP

        By: s/  John G. Powers

        John G. Powers (508934)
        100 Madison Street, Suite 1500
        Syracuse, New York 13202
        Tel: (315) 565-4500
        jpowers@hancocklaw.com

{H3606396.1}

## **CERTIFICATE OF SERVICE**

I, hereby certify that on April 17, 2019, I caused the foregoing to be electronically filed with the Clerk of the District Court, Northern District of New York using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| A. Cabral Bonner, Esq. | cabral@bonnerlaw.com |
| Charles A. Bonner, Esq. | cbonner799@aol.com |
| Jesse P. Ryder, Esq. | ryderlawfirm@gmail.com |
| Todd M. Long, Esq. | tlong@syrgov.net |

Dated:   April 17, 2019	s/ John G. Powers
	John G. Powers (508934)